WILLIAM M. NARUS
Acting United States Attorney
District of Oregon
**JULIA E. JARRETT**
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**3,086,226.36 USDT seized from a Binance account with User ID 111213443 held in name of Nan Song,**<br><br>**and**<br><br>**3.41 BTC, or equivalent cryptocurrency, stored in an OKX account with User ID 460511322279437347 held in the name of Yao Lutao,** *in rem*,<br><br>    Defendants. | Case No.  3:25-cv-00058-MO<br><br>**DECLARATION OF ASSISTANT UNITED STATES ATTORNEY JULIA E. JARRETT IN SUPPORT OF MOTION FOR ORDER OF DEFAULT** |

I, Julia E. Jarrett, am an Assistant United States Attorney for the District of Oregon assigned to the above-entitled forfeiture action. I have reviewed the records in this action, and from that review declare the following.

**Declaration of AUSA Julia E. Jarrett in Support of Motion**                                                                 **Page 1**

1. On January 13, 2025, the United States filed a verified Complaint, *in rem,* seeking forfeiture of the Defendants, *in rem,* 3,086,226.36 USDT seized from a Binance account with User ID 111213443 held in name of Nan Song and 3.41 BTC, or equivalent cryptocurrency, stored in an OKX account with User ID 460511322279437347 held in the name of Yao Lutao.

2. On January 13, 2025, this Court issued a Warrant for Arrest of the Defendants, *in rem*, and the Federal Bureau of Investigation executed the warrant.

3. On February 20, 2025, copies of the Complaint, Warrant, and Civil Case Assignment Order were sent via electronic mail, to Nan Song, at xxxxxxxxx@gmail.com, whose name is on the Binance account with User ID 111213443.

4. On February 20, 2025, copies of the Complaint, Warrant, and Civil Case Assignment Order were sent via electronic mail, to Yao Lutao at xxxxxx.xxx.xxxx@gmail.com, whose name is on the OKX account with User ID 460511322279437347.

5. On February 21, 2025, copies of the Complaint, Warrant, and Civil Case Assignment Order were sent via electronic mail, to J.B. at xxxxxx@gmail.com, whose is recognized as a victim in this matter.

6. On April 25, 2024, claimant Mavi Gökyüzü Yapi Limited Şirketi, for whom Nan Song is an agent, filed a claim as to the 3,086,226.36 USDT seized from a Binance account with User ID 111213443, and on May 14, 2025, claimant Mavi Gökyüzü Yapi Limited Şirketi, for whom Nan Song is an agent, filed an answer to plaintiff's Complaint.

7. I know of no other persons who may have an interest in Defendant assets.

8. As previously indicated in the Declaration of Publication (ECF No. 4), notice of this forfeiture proceeding was posted on an official government internet site www.forfeiture.gov for at least thirty consecutive days.

**Declaration of AUSA Julia E. Jarrett in Support of Motion**                                             **Page 2**

9. Except as outlined above in paragraph 6, no other claims or answers have been filed. Under Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the time for filing a claim and answer has passed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2025.

*/s/ Julia E. Jarrett*
**JULIA E. JARRETT**
Assistant United States Attorney