SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.  3:25-cv-00058-MO** |
| **Plaintiff,** | |
| **v.** | **STATUS REPORT** |
| **3,086,226.36 USDT seized from a Binance account with User ID 111213443 held in name of Nan Song,** | |
| **and** | |
| **3.41 BTC, or equivalent cryptocurrency, stored in an OKX account with User ID 460511322279437347 held in the name of Yao Lutao, *in rem*,** | |
| **Defendants.** | |

On May 29, 2025, this Court entered an Order of Default as to Defendants, *in rem*, 3,086,226.36 USDT seized from a Binance account with User ID 111213443 held in name of Nan Song and 3.41 BTC, or equivalent cryptocurrency, stored in an OKX account with User ID 460511322279437347 held in the name of Yao Lutao, and all persons claiming any right, title, or

interest in or to these Defendants, except Claimant Mavi Gökyüzü Yapi Limited Şirketi, for whom Nan Song is the agent (ECF 14).

On June 10, 2025, a Final Judgment of Forfeiture was entered as to the 3.41 BTC, or Equivalent Cryptocurrency, stored in an OKX Account with User ID 460511322279437347 held in the name of Yao Lutao (ECF 16).

Regarding the remaining defendant in this case, 3,086,226.36 USDT seized from a Binance account with User ID 111213443 held in name of Nan Song, the parties are engaging in active conversations, exchange of information, and negotiations in pursuit of resolution.

The parties proposed scheduling another status report with an update on the matter within 90 days.

DATED: December 15, 2025.        Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney